IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**JODIE MARIE BASKIN (a/k/a Jordan Nunley)**                                    PLAINTIFF

V.                                   CASE NO. 2:24-CV-2095

**PROSECUTOR KEVIN HOLMES**
**(Crawford County, Arkansas);**
**CIRCUIT JUDGE MARC McCUNE**
**(Crawford County, Arkansas);**
**DEPUTY PROSECUTOR WILL COSNER**
**(Crawford County, Arkansas); and**
**PUBLIC DEFENDER AARON EDWARDS**
**(Crawford County, Arkansas)**                                                 DEFENDANTS

## ORDER

Now before the Court is the Report and Recommendation (Doc. 7) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen days have passed, and no party filed objections to the Report and Recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and is hereby **ADOPTED IN ITS ENTIRETY**. Accordingly, upon preservice screening, **IT IS ORDERED** that all claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 4th day of September, 2024.

                                                  */s/ Timothy L. Brooks*
                                                  TIMOTHY L. BROOKS
                                                  UNITED STATES DISTRICT JUDGE